**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Victor H. GONZALEZ, Defendant–
Appellant.**

**No. 07–51135
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Victor H. Gonzalez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *See United States v. Mata,* 491 F.3d 237, 245 (5th Cir.2007) (holding that constitutional challenges to 21 U.S.C. § 851 are foreclosed by *Almendarez–Torres* ). The Government's motion for summary affirmance is

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

**358**

GRANTED, and the judgment of the district court is AFFIRMED.